UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| ELIZABETH MARIE GATTON ) | BANKRUPTCY CASE NUMBER 09-15591 |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee issued Check #101 in the amount of $104.14 to the Debtor, Elizabeth Marie Gatton, on December 27, 2010.

3. That on December 27, 2010, said Check #101 was mailed to Debtor's Counsel of Record, Steven J. Glaser, at 116 East Berry Street, Suite 1900, Fort Wayne, Indiana 46802.

4. That Check #101 has not been cashed.

5. That the Trustee hereby gives notice that such amount of **$104.14** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of the Debtor, Elizabeth Marie Gatton.

    Respectfully submitted,

    ___/s/ Yvette Gaff Kleven_____
    Yvette Gaff Kleven, Chapter 7 Trustee
    927 South Harrison Street
    Fort Wayne, Indiana  46802
    Telephone:  260 / 407-7000
    ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of April, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Steven J. Glaser, 116 East Berry Street, Suite 1900, Fort Wayne, Indiana 46802, and Elizabeth Marie Gatton, 706 Harmar Street, Fort Wayne, Indiana 46803.

    /s/ Yvette Gaff Kleven  
Yvette Gaff Kleven